## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DEC 2 1 2004



DEC 2 1 2004

| | |
|---|---|
| Aero Products International, Inc., a Florida corporation, and Robert B. Chaffee, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Intex Recreation Corp., a California corporation, Quality Trading, Inc., a California corporation, Wal-Mart Stores, Inc., a Delaware corporation, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | ) Civil Action No.: 02 C 2590 <br> ) <br> ) <br> ) <br> ) Judge John W. Darrah <br> ) <br> ) <br> ) <br> ) Magistrate Judge Geraldine Soat Brown <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED-FDA 2004 DEC 21 PM 1:23 CLERK U.S. DISTRICT COURT

### AMENDED NOTICE OF APPEAL

The Notice of Appeal filed yesterday, December 20, 2004, contained a scrivener's error misidentifying Plaintiffs Aero Products International, Inc. ("Aero") and Robert B. Chaffee as parties defendant and appellant. Defendants are filing this Amended Notice to correct this error: the Notice of Appeal is not filed on behalf of Aero or Mr. Chaffee.

Defendants Intex Recreation Corporation, Quality Trading, Inc., and Wal-Mart Stores, Inc. are the parties appealing to the United States Court of Appeals for the Federal Circuit from the Memorandum Opinion and Order entered in this action on December 15, 2004 and the Permanent Injunction entered on September 16, 2004. Enclosed is a check for $255, representing the $250 fee for docketing and the $5 fee for the certified copy of docket entries, as specified by Rule 3 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1913.

PAID
RECEIPT # 104/9959
DEC 2 1 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: December 21, 2004

Respectfully submitted,

LEYDIG, VOIT & MAYER, LTD.
M. DANIEL HEFNER

_____
M. Daniel Hefner
Mark E. Phelps,
LEYDIG, VOIT & MAYER, LTD.
Two prudential Plaza, Suite 4900
Chicago, IL 60601
(312) 616-5600

Attorneys for Defendant and Counterclaim Plaintiff Intex Recreation Corp., and Defendants Quality Trading Inc. and Wal-Mart Stores, Inc.

David N. Makous (Cal. Bar No. 82409)
Thomas S. Kiddé (Cal. Bar No. 61717)
LEWIS BRISBOIS BISGAARD &
        SMITH LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012

Attorneys for Defendant and Counterclaim Plaintiff Intex Recreation Corp., and Defendants Quality Trading Inc. and Wal-Mart Stores, Inc.

Donald Dunner
Kara F. Stoll
Edward J. Naidich
FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
Suite 700
1300 I Street, N.W.
Washington, D.C. 20005-3315

Attorneys for Defendant and Counterclaim Plaintiff Intex Recreation Corp., and Defendants Quality Trading Inc. and Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Aero Products International, Inc., a Florida corporation, and Robert B. Chaffee, an individual, | ) Civil Action No.: 02 C 2590 ) ) ) |
| Plaintiffs, | ) Judge John W. Darrah ) |
| v. | ) ) |
| Intex Recreation Corp., a California corporation, Quality Trading, Inc., a California corporation, Wal-Mart Stores, Inc., a Delaware corporation, | ) Magistrate Judge Geraldine Soat Brown ) ) ) |
| Defendants. | ) ) |
| AND RELATED CROSS-ACTION | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached:

- **AMENDED NOTICE OF APPEAL**

was served upon Plaintiffs Aero Products International, Inc. and Robert B. Chaffee by hand delivery to their attorneys at the following address on the date indicated below:

> William H. Frankel
> Michael P. Chu
> David H. Bluestone
> Mark H. Remus
> **Brinks Hofer Gilson & Lione**
> NBC Tower, Suite 3600 - 455 North Cityfront Plaza Drive
> Chicago IL 60611-5599

Copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

LEYDIG, VOIT & MAYER, LTD.
MARK E. PHELPS
M. DANIEL HEFNER

LEWIS BRISBOIS BISGAARD & SMITH LLP
DAVID N. MAKOUS (Cal. Bar No. 82409)
WILLIAM C. STEFFIN (Cal. Bar No. 54626)
THOMAS S. KIDDE (Cal. Bar No. 61717)
SCOTT R. MAYNARD (Cal Bar No. 224932)

DATED: December 21, 2004

By: _____
M. Daniel Hefner
Attorneys for Defendant and Counterclaim Plaintiff Intex Recreation Corp., and Defendants Quality Trading Inc. and Wal-Mart Stores, Inc.