IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Aero Products International, Inc., a Florida corporation, and Robert B. Chaffee, and individual, | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 02 C 2590<br>)<br>) |
| v. | )<br>) Judge John W. Darrah |
| Intex Recreation Corp., a California corporation, Quality Trading, Inc., a California corporation, and Wal-Mart Stores Inc., a Delaware corporation, | )<br>)<br>)<br>) Magistrate Judge Geraldine Soat Brown<br>) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005, I electronically filed the foregoing Memorandum of Defendant Intex Recreation Corp. Regarding Propriety of Letter of Credit with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following participants:

David H. Bluestone
William H. Frankel
Mark H. Remus
**Brinks Hofer Gilson & Lione**
NBC Tower, Suite 3600 - 455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
dbluestone@usebrinks.com
wfrankel@usebrinks.com
mremus@usebrinks.com

A copy of the filing was also served by hand on Michael P. Chu on November 17, 2005.

                    **LEYDIG, VOIT & MAYER, LTD.**
                    MARK E. PHELPS
                    M. DANIEL HEFNER

                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                    DAVID N. MAKOUS (Cal. Bar No. 82409)
                    THOMAS S. KIDDÉ (Cal. Bar No. 61717)

Dated: November 17, 2005         By:   *s/ Mark E. Phelps*
                                                   Mark E. Phelps
                                                   Attorneys for Defendant and Counterclaim
                                                 Plaintiff Intex Recreation Corp.