# IN THE UNITED STATES COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Aero Products International, Inc., a Florida corporation, and Robert B. Chaffee, an individual, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Intex Recreation Corp., a California corporation, Quality Trading, Inc., a California corporation, and Wal-Mart Stores Inc., a Delaware corporation, <br><br>　　　　Defendants. | Case No.: 02 C 2590 <br><br> Judge John W. Darrah <br><br> Magistrate Judge Geraldine Soat Brown |

## NOTICE OF SATISFACTION OF JUDGMENT

Pursuant to Local Rule 58.1, Plaintiffs Aero Products International, Inc. and Robert B. Chaffee ("Plaintiffs") hereby give notice that Defendant Intex Recreation Corp. ("IRC") satisfied the final judgment herein in the amount of $13,010,469.45 on March 2, 2007. Plaintiffs further state that the Letter of Credit lodged by IRC under Local Rule 65.1 is to be returned to IRC.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 6, 2007　　　　　By:　　*/s/ Mark H. Remus*
　　　　　　　　　　　　　　　　　　　William H. Frankel
　　　　　　　　　　　　　　　　　　　Michael P. Chu
　　　　　　　　　　　　　　　　　　　Mark H. Remus
　　　　　　　　　　　　　　　　　　　David H. Bluestone
　　　　　　　　　　　　　　　　　　　BRINKS HOFER GILSON & LIONE
　　　　　　　　　　　　　　　　　　　NBC Tower, Suite 3600
　　　　　　　　　　　　　　　　　　　455 North Cityfront Plaza Drive
　　　　　　　　　　　　　　　　　　　Chicago, IL  60611-5599
　　　　　　　　　　　　　　　　　　　(312) 321-4200

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March 2007, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's system.

*/s/ Mark H. Remus*
Mark H. Remus